UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                              RE:    William Legarreta KAUFFMAN
                                      Docket Number:   2:99CR00017-02
                                      PERMISSION TO TRAVEL
                                      <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Mexico City, Republic of Mexico, to attend the wedding of his niece.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 30, 2002, William Legarreta Kauffman was sentenced for the offense(s) of 21 USC 846 and 21 USC 841 (a)(1) - Conspiracy to Manufacture, Possess With Intent to Distribute and Distribution of Marijuana.

**Sentence imposed:**  60 months BOP;  $100 assessment;  60 month Term of Supervised Release.  Special conditions:  Warrantless search, financial disclosure, substance abuse counseling, substance abuse testing, no pager or cell phone, co-pay for treatment and testing services, drug registration, and report of all vehicles owned and operated.

**Dates and Mode of Travel:**  The releasee proposes travel from San Francisco on November 30, 2006, via United Airlines, non-stop to Mexico City.  He plans a return date of December 5, 2006, also on United Airlines, non-stop from Mexico City to San Francisco.  He will stay at the home of his sister for part of the stay, and a local hotel for another part of the stay.  He would travel with his brother Stuart Kauffman, and nephew, Willie Kauffman.

**RE:   KAUFFMAN, William Legarreta**
  **Docket Number:   2:99CR00017-02**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:**  The releasee's niece is getting married at the Templo Ramat Shalom in Tecamachalco, Mexico, on December 2, 2006.  He has requested travel to attend this wedding, which will be attended by most of his family.

The releasee has been in compliance with all conditions, has consistently tested negative for substance abuse, and has been gainfully employed since his release.  The probation officer is in agreement with the proposed travel request.

Respectfully Submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER**
**United States Probation Officer**

**DATED:**   November 8, 2006
  Redding, California
  JCO

**REVIEWED BY:**   /s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✔                              Disapproved _____

*[signature: Lawrence K. Karlton]*

 November 7, 2006
**Date**                                 **Hon. Lawrence K. Karlton**
                                         **Senior United States District Judge**