UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          NO. CR. S-99-017 LKK

    Plaintiff,

  v.                        O R D E R

WILLIAM L. KAUFFMAN,

    Defendant.

    /

Defendant's motion for early termination of supervised release is DENIED for the reasons articulated in the government's opposition.

IT IS SO ORDERED.

DATED: February 5, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1