PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>         vs.            )<br>)<br>**WILLIAM LEGARETTA KAUFFMAN** )<br>) | **Docket Number: 2:99CR00017-02** |

On April 30, 2002, the above-named was placed on supervised release for a period of five years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:   December 24, 2008
         Sacramento, California
         LLK/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
         **KYRIACOS M. SIMONIDIS
         Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re: William Legaretta KAUFFMAN**
**Docket Number: 2:99CR00017-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

January 5, 2009
**Date**

_(signature)_
**LAWRENCE K. KARLTON**
**Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office